# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF VIRGINIA
### Lynchburg (Charlottesville) Division

In re:

    Frank A. Passarelli                          Case No. 17-61972-RBC
                                                     Chapter 7

                   Debtor

FRANK A. PASSARELLI,

        Debtor/Movant,

v.                                                                          Objection to Proof of Claim No. 13

NANCY L. WHEELER.

        Creditor/Respondent.

## **MOVANT FRANK A. PASSARELLI'S EXHIBITS & WITNESS LISTS**

**I.    Exhibits List**

Debtor/Movant, Frank A. Passarelli, by counsel, hereby submits this list of exhibits that he may introduce as evidence at hearing:

| PRESIDING JUDGE<br>Rebecca B. Connelly | | | | | MOVANT'S ATTORNEY<br>John P. Goetz, VSB # 78514 | RESPONDENT'S ATTORNEY<br>Rebecca C. Hryvniak, VSB # 78946 |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>June 14, 2018 at 2:00 p.m. | | | | | COURT REPORTER | COURTROOM DEPUTY |
| MOV.<br>NO. | RESP.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | |
| 1 | | | | | Property Settlement Agreement, dated February 10, 2015 | |
| 2 | | | | | Promissory Note, dated October 26, 2014 | |
| 3 | | | | | Residential Appraisal Report (First 2 Pages), dated January 1, 2015 | |

Debtor/Movant reserves the right to use any exhibit designated by the Creditor/ Respondent and to supplement his list as reasonably necessary.

**II.     Witness List**

The Debtor/Respondent, Frank A. Passarelli, may directly examine the following witnesses at hearing:

1. Frank A. Passarelli, Debtor/Movant
   15763 Auburn Road
   Culpeper, VA 22701

2. Nancy L. Wheeler, Creditor/Respondent
   P.O. Box 561
   Keswick, VA 22947

   Debtor/Movant reserves the right to call any witnesses designated by the Creditor/

Respondent and to supplement his list as reasonably necessary.


Respectfully submitted,

                                            FRANK A. PASSARELLI
                                            By Counsel

/s/ John P. Goetz
John P. Goetz, VSB #78514
John Goetz Law, PLC
75 W. Lee St., Suite 104
Warrenton, VA 20186
T: (540) 359-6605
F: (540) 359-6610
docs@johngoetzlaw.com
*Counsel for Debtor/Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2018, I have provided a copy of the foregoing Movant's Exhibit and Witness Lists via the CM/ECF system and/or by first-class, postage paid mail, to counsel for the Creditor/Respondent:

Rebecca Hryvniak, Esq.
Scott Kroner PLC
P.O. Box 2737
Charlottesville, VA 22902

                                            /s/ John P. Goetz
                                            John P. Goetz, VSB #78514