UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

IN RE: FRANK A. PASSARELLI,     Chapter 13
                                Case No. 17-61972-RBC
      Debtor.

## EXHIBIT AND WITNESS LIST

      Nancy L. Wheeler, by counsel, discloses the following proposed exhibits and witness for the hearing scheduled for June 14, 2018, exclusive of impeachment and rebuttal evidence:

### WITNESS LIST

1. Nancy Wheeler.
2. Any witness identified by Frank Passarelli.

### EXHIBIT LIST

|   | **Exhibit** | **Admitted** | **Marked** |
|---|---|---|---|
| 1 | Property Settlement Agreement |   |   |
| 2 | Final Order of Divorce |   |   |
| 3 | Order entered March 23, 2017 |   |   |

1

| | | | |
|---|---|---|---|
| 4 | Order entered May 19, 2017 | | |
| 5 | Order entered November 9, 2017 | | |
| 6 | Spreadsheet showing amounts due and payments made | | |
| 7 | Spreadsheet showing pre-petition claim balances | | |
| NA | Any exhibits identified by Debtor | | |

Respectfully submitted,

**NANCY L. WHEELER**

by counsel.

**s/ Rebecca C. Hryvniak**
Rebecca C. Hryvniak, Esq.
Virginia State Bar No. 78946
Neal L. Walters, Esq.
Virginia State Bar No. 32048
Attorneys for United Bank
SCOTT │ KRONER, PLC
418 East Water Street
Post Office Box 2737
Charlottesville, VA 22902
(434) 296-2161
(434) 293-2073 (fax)
Email: rhryvniak@scottkroner.com

## CERTIFICATE OF SERVICE

        I hereby certify that on May 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system on all necessary parties and/or their counsel.

        **s/Rebecca C. Hryvniak**
Attorney for Nancy Wheeler
SCOTT│KRONER, PLC
418 East Water Street
Post Office Box 2737
Charlottesville, VA 22902
(434) 296-2161
(434) 293-2073 (fax)