**SIGNED THIS 28th day of August, 2018**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG (CHARLOTTESVILLE) DIVISION

IN RE: FRANK A. PASSARELLI,

        Debtor.

Chapter 13
Case No. 17-61972-RBC

## ORDER ON OBJECTION TO CLAIM

On August 16, 2018, this Court heard arguments on the Debtor's Objection to Claim. For the reasons stated from the bench, it is hereby ORDERED that the Debtor's Objection to Claim is overruled.

Upon entry of this Order the Clerk shall forward copies to Rebecca C. Hryvniak, Esq., and John Goetz, Esq.

***END OF ORDER***

I ask for this:

/s/ Rebecca C. Hryvniak
Rebecca C. Hryvniak, VSB # 78946
SCOTT | KRONER, PLC
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
(434) 296-2161
(434) 293-2073 (fax)
*Counsel for the Claimant*


Seen and Agreed:

/s/ John P. Goetz
John P. Goetz, VSB # 78514
James M. McMinn, Esq. VSB # 84728
John Goetz Law, PLC
86 West Shirley Avenue
Warrenton, Virginia 20186
Tel: (540) 359-6605
Fax: (540) 359-6610
john@johngoetzlaw.com
*Counsel for the Debtor*